**Dismissed and Opinion Filed January 26, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00405-CR

### DEREK ANDREW BODDEN, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-52852-N

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

Before the Court is appellant's January 15, 2021 motion for a voluntary

dismissal of this appeal, signed by appellant and his attorney. *See* TEX. R. APP. P.

42.2(a). We grant the motion and dismiss this appeal.

 
/ 
BILL PEDERSEN, III
JUSTICE

200405f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DEREK ANDREW BODDEN,
Appellant

No. 05-20-00405-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F14-52852-N.
Opinion delivered by Justice
Pedersen, III. Justices Partida-
Kipness and Goldstein participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 26th day of January, 2021.